**Marlin McMORROW, Respondent,**

v.

**APOLLO PIPING SUPPLY, INC., and Transamerica/TIG Insurance, Relators,**

**Apollo Piping Supply, Inc., and Wausau Underwriters Insurance Co., Respondents Below,**

**Apollo Piping Supply, Inc., and Northbrook National Insurance Co., Employer–Insurer,**

**Apollo Piping Supply, Inc., and Employers Insurance of Wausau, Employer/Insurer,**

**and**

**Employers Health Insurance, Intervenor,**

**and**

**Special Compensation Fund, Intervenors.**

**No. C7–99–1580.**

Supreme Court of Minnesota.

Nov. 18, 1999.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed August 16, 1999, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $400 in attorney fees.

BY THE COURT:
Edward C. Stringer
Edward C. Stringer
Associate Justice

■

**In re Petition for DISCIPLINARY ACTION AGAINST Morley FRIEDMAN, an Attorney at Law of the State of Minnesota.**

**No. C4–99–659.**

Supreme Court of Minnesota.

Nov. 19, 1999.

ORDER

Upon the stipulation of the Office of Lawyers Professional Responsibility and respondent Morley Friedman for withdrawal of the petition for disciplinary action previously filed against respondent;

IT IS HEREBY ORDERED that the petition for disciplinary action against respondent Morley Friedman be, and the same is, dismissed.

BY THE COURT:
Alan C. Page
Alan C. Page
Associate Justice